**Motion GRANTED.**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00225 |
| | ) | JUDGE TRAUGER |
| MOSES RATLIFF | ) | |

## MOTION TO DISMISS INDICTMENT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and, in light of the Court's Memorandum and Order granting the defendant's motion to suppress (D.E. 40), hereby moves the Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the indictment in this case without prejudice.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

*s/ Philip H. Wehby*

PHILIP H. WEHBY
Assistant United States Attorney
110 9th Ave., South, Suite A-961
Nashville, TN 37203-3870
(615)736-5151